IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                       No. CIV S-06-0578 MCE PAN P

    vs.

R. JOHNSON, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 18, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 14, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: July 20, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

/mp:001
chat0578.36