IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

       Plaintiff,               No. CIV S-06-0578 MCE PAN P

   vs.

R. JOHNSON, et al.,

       Defendants.      <u>ORDER</u>

_____/

      On July 25, 2006, plaintiff filed his second request for an extension of time to file an amended complaint.  However, plaintiff's first request for extension of time was granted by order filed July 20, 2006.  By that order, plaintiff was granted thirty days in which to file an amended complaint.  Plaintiff's second request sought an extension of thirty days from July 18, 2006, which would fall within the period of time already granted.  Accordingly, plaintiff's second request for extension of time will be denied as moot.

      IT IS HEREBY ORDERED that plaintiff's July 25, 2006 request for an extension of time is denied.  Plaintiff's amended complaint is due thirty days from the July 20, 2006 order.

DATED: July 31, 2006.

UNITED STATES MAGISTRATE JUDGE