IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

      Plaintiff,                            No. CIV S-06-0578 MCE EFB P

      vs.

R. JOHNSON, et al.,

      Defendants.                     FINDINGS AND RECOMMENDATIONS

                            /

      On May 18, 2006, the court dismissed plaintiff's complaint upon the ground that it was so vague and conclusory that the court could not discharge its responsibilities under 28 U.S.C. § 1915A to conduct the initial screeing. The order of dismissal explained to plaintiff the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies and warned him that failure to file an amended complaint would result in a recommendation that this action be dismissed. On July 20, 2006, the court gave plaintiff an additional 30 days to file an amended complaint.

      That additional 30-day period has expired and plaintiff has not filed an amended complaint.

////

////

1  Accordingly, it is hereby RECOMMENDED that this action be dismissed without
2 prejudice.  *See* Fed. R. Civ. P. 41(b).
3  These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated: September 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

13 \chat0578. f&r fta