IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

        Plaintiff,                      No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

        Defendants.           ORDER

                               /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 18, 2006, the court directed plaintiff to file an amended complaint. On September 20, 2006, plaintiff filed a first-amended complaint.

       The amended complaint states cognizable claims for relief against all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

       Accordingly, it hereby is ordered that:

       1. Service is appropriate for defendants Bortle, Cox, Davey Dittman, Erlich, Felker, Fleming, Gillen, Givich, James, Johnson, Kolbach, Kramer, Runnels, Roche, Rholfing, Sears, Silva, St. Andre, Williams and Wright.

       2. The Clerk of the Court shall send plaintiff 21 USM-285 forms, one summons, an instruction sheet and one copy of the September 20, 2006, pleading.

3.  Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and 22 copies of the endorsed September 20, 2006, pleading.

4.  Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Bortle, Cox, Davey Dittman, Erlich, Felker, Fleming, Gillen, Givich, James, Johnson, Kolbach, Kramer, Runnels, Roche, Rholfing, Sears, Silva, St. Andre, Williams and Wright. pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated:  November 13, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

      Plaintiff,                     No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

      Defendants.            <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

        <u> 1 </u>     completed summons form

        <u> 21 </u>    completed forms USM-285

        <u> 22 </u>    copies of the <u> September 20, 2006 </u>
                                                First-Amended Complaint

Dated:

                                               _____
                                                     Plaintiff