IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                    No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

    Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On May 18, 2006, the court dismissed plaintiff's complaint with leave to amend. Plaintiff failed to file an amended complaint and on September 15, 2006, the court recommended that this action be dismissed without prejudice.

      On September 20, 2006, plaintiff filed an amended complaint and on October 2, 2006, plaintiff filed objections to the findings and recommendations.

      Accordingly, it is hereby ORDERED that the September 15, 2006, findings and recommendations are vacated. This action now proceeds on plaintiff's September 20, 2006, first-amended complaint.

Dated: November 13, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE