IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                    No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

    Defendants.              <u>ORDER</u>

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants have requested an extension of time to file an answer to the complaint. *See* Fed. R. Civ. P. 6(b).

    Defendants' February 22, 2007, request is granted and defendants have 20 days from the date this order is served to file an answer to the complaint.

    So ordered.

Dated: February 23, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE