IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

     Plaintiff,                  No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

     Defendants.        ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 9, 2007, plaintiff requested an extension of time to file and serve an opposition to defendants' March 15, 2007, motion to dismiss. *See* Fed. R. Civ. P. 6(b). Plaintiff filed his opposition on April 23, 2007.

    Plaintiff's April 9, 2007, request is granted and plaintiff's April 23 2007, opposition is deemed timely.

    So ordered.

Dated: May 1, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE