IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                  No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

    Defendants.         ORDER

                               /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve objections to the July 11, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

       Plaintiff's July 30, 2007, request is granted and plaintiff has 20 days from the date this order is served to file and serve objections to the July 11, 2007, findings and recommendations.

       So ordered.

DATED: August 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE