IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                           No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

    Defendants.                ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve a response to the motion to dismiss filed by defendants Felker, M. Roche and D. L. Runnels July 31, 2007, and the motion to dismiss filed by defendant J. Rohlfing on August 10, 2007. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's August 29, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve a response to defendants' July 31, 2007, and August 10, 2007, motions.

    So ordered.

DATED: September 4, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE