IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                                    No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,                           ORDER

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 11, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 11, 2007, are adopted in full;

2. The March 15, 2007, motion to dismiss, construed as one for summary judgment, is granted;

3. Judgment is entered in favor of defendants Guillen, Silva and Cox; and

4. The remaining defendants are granted thirty days to file an answer.

Dated: September 25, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE