IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                        No. CIV S-06-0578 MCE EFB P

vs.

R. JOHNSON, et al.,

    Defendants.                  <u>ORDER</u>

/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants M. Bortle, Felker, Gillen, Givich, J. Williams, B. Kalbach, M. Roche, Cox, G. James, Fleming, Guillen, Silva, D.L. Runnels, D.J. Davey, R. Johnson, J. Ehrlich, St. Andre, D. Dittman, R. Kramer, R. Sears and Wright request an extension of time to serve responses to plaintiff's interrogatories and requests for production of documents. *See* Fed. R. Civ. P. 6(b).

    Defendants' October 22, 2007, request is granted and defendants have 30 days from the date this order is signed to serve responses to plaintiff's interrogatories and requests for production of documents.

    So ordered.

Dated: October 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE