IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                         No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

    Defendants.                  <u>ORDER</u>

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Pending before the court is defendant Rohlfing's motion to modify the schedule.

    Defendant Rohlfing asserts that because his motion to dismiss has not yet been resolved, he cannot complete discovery in time to file a dispositive motion. A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he or she cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Defendants Runnels, Felker, Roche and Rohlfing have moved to dismiss this action. On November 27, 2007, the court granted their requests for a protective order staying discovery, and ordered that discovery be stayed until the district judge rules on their motions. If the motion is denied, the parties will need time to complete discovery before filing dispositive motions, which must be filed no later

1

1 than February 1, 2008. The court finds that defendants Runnels, Felker, Roche and Rohlfing
2 cannot, even if they exercise due diligence, file dispositive motions by this date.
3     Accordingly, it hereby is ORDERED that the October 9, 2007, motion is granted and the
4 date by which dispositive motions must be filed is vacated. *See* Fed. R. Civ. P. 16(b). Even
5 though only Rohlfing moved to modify the schedule, the court finds that in the interest of
6 judicial efficiency it also applies to Runnels, Felker and Roche.
7 Dated: December 3, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE