IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                         No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

    Defendants.             ORDER

                              /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' February 1, 2008, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

       Plaintiff's March 3, 2008, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendants' February 1, 2008, motion for summary judgment.

       So ordered.

DATED: March 5, 2008.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE