IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                      No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

    Defendants.               ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve objections to the February 12, 2008, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's February 28, 2008, request is granted in part and plaintiff has until March 17, 2008, to file and serve objections to the February 12, 2008, findings and recommendations.

    So ordered.

DATED: March 5, 2008.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE