1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES CHATMAN,                        No. 2:06-cv-00578-MCE-EFB P

12            Plaintiff,

13       vs.                                 ORDER

14   R. JOHNSON, et al.,

15            Defendants.

16   _____/

17       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20       On February 12, 2008, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23   objections to the findings and recommendations.

24       The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1    1.  The findings and recommendations filed February 12, 2008, are adopted in full;

2    2.  The July 31, 2007, motion to dismiss filed by defendants Felker, Roche and Runnels is

3    granted and judgment is entered in their favor;

4    3.  The August 10, 2007, motion to dismiss filed by defendant Rohlfing is granted and

5    judgment is entered in his favor; and

6    4.  Inasmuch as claims remain pending against other defendants, the Clerk of the Court is

7    directed not to enter final judgment.

8    Dated:  March 27, 2008

9

10   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26