IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                                No. CIV S-06-0578 MCE EFB P

    vs.

R. JOHNSON, et al.,

    Defendants.                        ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations under 42 U.S.C. § 1983.  On September 8, 2008, the court recommended that defendants' motion for summary judgment be granted in part, and gave the parties fourteen days in which to file objections to the findings and recommendations.  On September 24, 2008, plaintiff filed a request for an extension of time to file and serve objections, stating that he was placed in administrative segregation and that he has been denied access to his legal materials.  *See* Fed. R. Civ. P. 6(b).

        Even though plaintiff previously had been granted an extension of time in which to file an opposition brief, he failed to do so.  This request does not explain what he has done thus far to draft and file objections or what the basis of any objections might be.  Plaintiff has already had the opportunity to oppose defendants' motion for summary judgment and has therefore had

1

1 ample time to research the legal issues presented in his complaint and defendants' motion. The
2 purpose of the fourteen-day objection period is not to draft and file the opposition brief on
3 summary judgment in the first instance. The opportunity to do so was during the briefing
4 schedule on the motion. Plaintiff has not demonstrated good cause for an extension and his
5 September 24, 2008, request is therefore denied.
6   So ordered.
7 DATED: September 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE