IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN | No. 2:06-cv-00578-MCE-EFB P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| R. JOHNSON, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On September 8, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

---

[1] On September 24, 2008, plaintiff requested an extension of time in which to file objections to the findings and recommendations. For the reasons set forth in the magistrate judge's September 30, 2008 order, that request was denied.

1

1 The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed September 8, 2008, are adopted in full;

  2. The February 1, 2008, motion for summary judgment is denied as to the excessive force claim that Kramer jumped across a desk and attacked plaintiff and the parties are directed to file pretrial statement on the schedule specified below;

  3. The February 1, 2008, motion for summary judgment is granted as to all other claims;

  4. Plaintiff is directed to file his pretrial statement within 30 days of the date of this order; and,

  5. Defendant Kramer shall file his pretrial statement within 15 days thereafter.

Dated:  September 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE